UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAULA A. BROWN,

        Plaintiff,

                              Case No. 2:22-cv-00319-SPC-MRM

v.

PHOENIX FINANCIAL SERVICES, LLC,
and EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

    Defendant, Phoenix Financial Services, LLC (Phoenix), through undersigned counsel, hereby submits this Notice of Pending Settlement and states plaintiff and Phoenix have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: June 23, 2022

                                            Respectfully submitted,

                                            */s/ Rachel M. Fleishman*
                                            Rachel M. Fleishman, Esq.
                                            Florida Bar No. 1026438
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277

> Sessions, Israel & Shartle, L.L.C.
> 3350 Buschwood Park Drive, Suite 195
> Tampa, Florida 33618
> Telephone: (813) 775-2170
> Facsimile: (877) 334-0661
> rfleishman@sessions.legal
> dvanhoose@sessions.legal
> *Counsel for Defendant,*
> *Phoenix Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of June 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including counsel as described below.

> Alejandro E. Figueroa, Esq., *Of Counsel*
> Sulaiman Law Group, Ltd.
> 2500 S. Highland Ave, Suite 200
> Lombard, IL 60148
> afigueroa@sulaimanlaw.com
> *Counsel for Plaintiff*
>
> Brian M. Trujillo
> JONES DAY
> 600 Brickell Avenue, Suite 3300
> Miami, FL 33131
> btrujillo@jonesday.com
> *Counsel for Defendant*
> *Experian Information Solutions, Inc.*

> /s/ Rachel M. Fleishman
> Attorney